# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE AVILLANOZA, an individual, DIMETRIEZE WALKER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RANDSTAD GENERAL PARTNER (US) LLC, a Delaware limited liability company, TAYLOR LUCERO, and individual, and DOES 1 through 50,<br><br>Defendants. | CASE NO.: 3:22-cv-01704<br><br>**ORDER:**<br>**(1) APPROVING JOINT MOTION TO REMAND ACTION TO STATE COURT [ECF NO. 8] and**<br><br>**(2) DENYING PLAINTIFF'S MOTION TO REMAND AS MOOT [ECF NO. 4]** |

Pending before the Court is a Joint Motion to Dismiss Individual and Class Claims in Favor of Arbitration and to Remand Action to State Court [ECF No. 8] and Plaintiff's Motion to Remand [ECF No. 4.]

The Joint Motion is GRANTED pursuant to Civil Local Rule 7.2. The individual and class claims of Plaintiffs Gabrielle Avillanoza and Dimetrieze Walker ("Plaintiffs") are DISMISSED without prejudice for the purpose of submitting those claims to binding individual arbitration pursuant to the Agreements to Arbitrate. This action is

remanded back to the San Diego County Superior Court to proceed solely on Plaintiffs' PAGA claims. In light of the foregoing, Plaintiff's Motion to Remand is DENIED as moot.

**IT IS SO ORDERED**

Dated:  March 13, 2023

_____
Hon. M. James Lorenz
United States District Judge